## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENNETH HUNT
# 196018,

                        Case No. 2:17-CV-12680

         Plaintiff          District Judge Avern Cohn

                        Magistrate Judge Anthony P. Patti

v.

BENNY NAPOLEON, MS.
FLAVORS, and MS. FANN,

         Defendants.
_____/

## ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION (DE 17)

Pending is Defendants' May 22, 2018 motion for order allowing Defendants to depose Plaintiff Kenneth Hunt, #196018.  (DE 17.)  Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated.  Plaintiff has not responded to the motion and the time for doing so under LR 7.1 has expired.  The motion therefore may be granted as unopposed.

Thus, upon the reading and filing of Defendants' Motion for Order Allowing Defendants to Depose Plaintiff, and otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants' Motion for Order Allowing Defendants to Depose Plaintiff (DE 17) is **GRANTED AS UNOPPOSED**, and Defendants shall be permitted to take the deposition of the Plaintiff for all purposes

allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: June 28, 2018          s/Anthony P. Patti
         Anthony P. Patti
         UNITED STATES MAGISTRATE JUDGE

**<u>Certificate of Service</u>**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 28, 2018, electronically and/or by U.S. Mail.

         s/Michael Williams
         Case Manager for the
         Honorable Anthony P. Patti